PAUL L. REIN, ESQ. (State Bar No. 43053)
AARON M. CLEFTON (State Bar No. 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
JOHN SCHULZ


FOLGER LEVIN LLP
Jiyun Cameron Lee (CSB No. 161667, jlee@folgerlevin.com)
Marie Jonas (CSB No. 278952, mjonas@folgerlevin.com)
199 Fremont Street, 20th Floor San Francisco, CA 94105
Telephone: 415.625.1050
Facsimile: 415.625.1091

Attorneys for Defendants
METROPOLITAN TRANSPORTATION
COMMISSION and CITY AND
COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCHULZ,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN TRANSPORTATION COMMISSION; and CITY AND COUNTY OF SAN FRANCISCO<br><br>    Defendants. | Case No. 3:19-cv-02134-MMC<br><br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

## STIPULATION

Plaintiff JOHN SCHULZ ("Plaintiff") and Defendants METROPOLITAN TRANSPORTATION COMMISSION; and CITY AND COUNTY OF SAN FRANCISCO ("Defendants") – Plaintiff and Defendants together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs,

except as expressly set forth in a Settlement Agreement between the parties.

In accordance with Paragraph 9 of General Order 56, the Parties request that the Court retain jurisdiction to enforce the injunctive relief measures specified in Exhibit A attached hereto.

**IT IS SO STIPULATED.**

Dated: April 26, 2021

REIN & CLEFTON
    */s/ Aaron M. Clefton*
By: AARON M. CLEFTON, ESQ.
Attorneys for Plaintiff
JOHN SCHULZ

Dated: April 26, 2021

FOLGER LEVIN LLP
    */s/ Jiyun Cameron Lee*
By: JIYUN CAMERON LEE, ESQ.
Attorneys for Defendants
METROPOLITAN TRANSPORTATION COMMISSION and CITY AND COUNTY OF SAN FRANCISCO

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on April 26, 2021, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Jiyun Cameron Lee, counsel for Defendants, in the filing of this document.

    */s/ Aaron M. Clefton*
    Aaron M. Clefton

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, IT IS SO ORDERED. Defendants shall perform the work specified in Exhibit A. The Court shall retain jurisdiction to enforce the work contemplated to be done in Exhibit A and the Parties' separate Settlement Agreement as to monetary terms.

**IT IS SO ORDERED.**

Dated: June 7, 2021

_____
Honorable Maxine M. Chesney
United States District Court Judge